IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SHAUNRIC ANTHONI BROWN,
Petitioner,

v.

CASE No(s): 5D20-0384
L.T. 2014-CF-14806 (Orange Cty.)

SECRETARY DEPARTMENT OF
CORRECTIONS, STATE OF FLORIDA,
Respondent.

PETITION TO SUPPRESS FEDERAL TIME BAR
IN ORDER TO FILE A PETITION UNDER 28 U.S.C.
§2254 BY A PERSON IN STATE CUSTODY FOR
A CLAIM OF MISCARRIGE OF JUSTICE

Shaunric Brown #C11266
Gulf Correctional Institution
500 Ike Steele Road
Wewahitchka, Florida 32465
Pro Se

## I. CASE HISTORY AND FACTS

The Petitioner was charged by information with Attempted First-Degree Murder with a Firearm in Orlando, Florida. On November 30, 2016, the Petitioner signed a plea form, pleading nolo contendere to Attempted Second-Degree Murder with a Firearm, a lesser-included offense. On December 29, 2016, the Petitioner filed a Motion to Withdraw Plea, which was denied on February 17, 2017. The Petitioner was ultimately sentenced to twenty years (20) in the Florida Department of Corrections, with a twenty-year minimum mandatory term.

On February 15, 2019, the Petitioner filed a Motion for Postconviction Relief arguing ineffective assistance of counsel. The lower court struck the Petitioner's Motion with leave to amend. The Petitioner filed his Amended Motion for Postconviction Relief on May 20, 2019. No other motions, pleadings, or applications are pending.

## II. PETITION ON THE MERITS

Petitioner, Shaunric Brown, pro se litigant, petitions this Court to grant this petition to suppress federal time bar in order to file a petition under 28 U.S.C. § 2254 by a person in state custody for a claim of miscarriage of justice. Due to the fact the petitioner has a very serious issue to present for this Court's consideration. The issue in all legality is in direct violation of both the United States Constitution and the State of Florida's Constitution.

The Petitioner has a claim of actual innocence and only this Court will allow and entertain this claim. Therefore the Petitioner is seeking this opportunity to overcome the miscarriage of justice which took place in the Ninth Judicial Circuit Court. Although the one year (1) limitation has expired this petition would be deemed belated. Petitioner contends under the significant circumstances this Court will grant this petition for the underlying issue.

2.

### III. ISSUE PRESENTED

Petitioner contends that he was deprived of his constitutional right to effective assistance of counsel during the pre-trial critical stages of plea negotiations as a result of counsel's failure to investigate and advise petitioner of the viable defense of the exculpatory evidence of the surveillance videos available to defense. (The only suspect depicted in the video footage is not the petitioner, counsel after the fact aknowledges this as well.) However, during the plea negotiations, counsel simply advised the petitioner that Orange County Deputy Jonathan Kinney reported that surveillance videos showed petitioner committing the crime.

At the Petitioner's evidentiary hearing trial counsel did not refute or deny any of the allegations presented. Instead, trial counsel admitted that his entire focus for the Petitioner's case was not on trial strategy or available defenses, but instead only on mitigating evidence for sentencing. This tantamount violation severely hindered the Petitioner from his right of pursuing justice.

All of the requirements for successfully establishing the Strickland prongs were met, yet an abuse of discretion was carried out by both courts. The Petitioner's right to withdraw his plea and proceed to trial should have been granted.

3.

## IV. CONCLUSION

The Petitioner in all respect requests that this Honorable Court grants instant petition to suppress the federal time bar for the opportunity to have this miscarriage of justice corrected, with a 28 U.S.C. § 2254 as the only remedy for relief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Petition has been placed in the hands of Gulf Corr Inst Mailroom officials for mailing via First Class U.S. Mail to: George C. Young Federal Courthouse 401 West Central Blvd., Suite 1200 Orlando, Fl 32801 on this 15 day of February, 2023.

Respectfully Submitted,

Shaunrie Brown #C11266
Gulf. Corr. Inst.
500 Ike Steele Road
Wewahitchka, Fl 32465