UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAUNRIC ANHTONI BROWN,

    Petitioner,

v.                                        Case No. 6:23-cv-310-WWB-RMN

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

### ORDER

THIS CAUSE is before the Court on *sua sponte* review of the file. On March 1, 2023, the Court entered an Order (Doc. 3) requiring Petitioner to file an Affidavit of Indigency within fourteen days from the date of the Order. Further, the Court notified Petitioner that the failure to do so could result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 22, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party